ARTHUR BECKER v. JOSEPH LEVIS and Another. ANTOINETTE BECKER v. JOSEPH LEVIS and Another.— Motion to dismiss appeal denied, with ten dollars costs, and the affidavit submitted by the respondents without proof of service

excluded from the files.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.